| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>Peter Obstler (SBN 171623) | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Shana E. Scarlett (SBN 217895) |
| 2 | peter.obstler@bingham.com<br>Zachary J. Alinder (SBN 209009) | shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202 |
| 3 | zachary.alinder@bingham.com<br>Marjory Gentry (SBN 240887) | Berkeley, CA 94710<br>Telephone: 510.725.3000 |
| 4 | marjory.gentry@bingham.com<br>Three Embarcadero Center | Facsimile: 510.725.3001 |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 | |
| 6 | Facsimile: 415.393.2286 | |
| 7 | Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. | |
| 8 | | |
| 9 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman, *pro hac vice* |
| 10 | | steve@hbsslaw.com<br>Thomas E. Loeser (SBN 202724) |
| 11 | | toml@hbsslaw.com<br>1918 Eighth Avenue, Suite 330 |
| 12 | | Seattle, WA 981010<br>Telephone: 206.623.7292 |
| 13 | | Facsimile: 206.623.0594 |
| 14 | | LAW OFFICE OF PETER FREDMAN<br>Peter B. Fredman (SBN 189097) |
| 15 | | peter@peterfredmanlaw.com<br>125 University Ave., Suite 102 |
| 16 | | Berkley, CA 94710<br>Telephone: 510.868.2626 |
| 17 | | Facsimile: 510.868.2627 |
| 18 | | Attorneys for Plaintiff<br>Shelly A. Clements |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 23 | SHELLY A. CLEMENTS, on behalf of herself and all others similarly situated, | No. C 12-02179 JCS |
| 24 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO SET TIME** |
| 25 | v. | **TO RESPOND TO COMPLAINT** |
| 26 | JPMORGAN CHASE BANK, N.A., | |
| 27 | Defendant. | |
| 28 | | |

Case No. C 12-02179 JCS

JOINT STIPULATION AND [PROPOSED] ORDER TO SET TIME TO
RESPOND TO COMPLAINT, NO. CV-12-02179-JCS

1           Defendant JPMorgan Chase Bank, N.A. ("Chase" or "Defendant") and Plaintiff Shelly A.
2    Clements ("Plaintiff") (together with Defendant, the "Parties") respectfully submit the following
3    Joint Stipulation and [Proposed] Order to Set Time to Respond to Complaint.
4           WHEREAS, Plaintiff filed her Complaint on May 1, 2012, ECF No. 1;
5           WHEREAS, Defendant was served with the Complaint on May 2, 2012, and therefore
6    absent an extension, Defendant's reply to the Complaint will be due on May 23, 2012;
7           WHEREAS, on May 4, 2012, Plaintiff provided notice that she had filed an
8    Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate") in
9    *McNeary-Calloway v. JP Morgan Chase Bank, N.A., et al.*, No. CV 11-03058 JCS ("*McNeary-
10   Calloway Action*"), pending in the United States District Court for the Northern District of
11   California, ECF No. 9;
12          WHEREAS, on May 11, 2012, plaintiffs in the *McNeary-Calloway Action* filed a
13   Response to Administrative Motion to Consider Whether Cases Should be Related and stated
14   that they did not oppose relating the cases, ECF No. 69 in *McNeary-Calloway Action*;
15          WHEREAS, the Court has just granted the Motion to Relate cases and thereby vacated all
16   dates on calendar in the Action;
17          WHEREAS, no prior extensions have been requested or granted in this case;
18          WHEREAS, the Parties have met and conferred regarding the time for Defendant to
19   respond to the Complaint and a proposed briefing schedule, and have agreed that an extension of
20   time to respond and the following briefing schedule is appropriate; and,
21          WHEREAS, the Parties accordingly stipulate and agree that Defendant's response date
22   should be extended to July 13, 2012.  The Parties further stipulate and agree that in the event that
23   Defendant's response consists of a motion to dismiss, Plaintiff's opposition to the motion to
24   dismiss will be due 30 days after the filing of the motion (August 14, 2012), and Defendant's
25   reply in support of the motion to dismiss will be due 20 days after the filing of Plaintiff's
26   opposition (September 3, 2012).  The Parties further respectfully request that the hearing on
27   Defendant's motion to dismiss, if any, be set approximately two weeks after the completion of
28   the briefing of the motion.

**IT IS HEREBY STIPULATED AND AGREED, AND RESPECTFULLY REQUESTED, AS FOLLOWS:**

Defendant shall have until July 13, 2012 to respond to the Complaint. In the event that Defendant files a motion to dismiss the Complaint as its response, Plaintiff's opposition papers will be due on August 14, 2012 and Defendant's reply papers will be due on September 3, 2012. The Parties further respectfully request that the hearing on Defendant's motion to dismiss, if any, shall be set on September 21, 2012 at 9:30 a.m. or as soon thereafter as is convenient for the Court.

DATED: May 21, 2012

                    Bingham McCutchen LLP

                    By: /s/ Zachary J. Alinder
                           Zachary J. Alinder
                           Attorneys for Defendant
                           JP Morgan Chase Bank, N.A.

DATED: May 21, 2012

                    HAGENS BERMAN SOBOL SHAPIRO LLP

                    By: /s/Thomas Loeser
                           Thomas Loeser
                           Attorneys for Plaintiff
                           Shelly A. Clements

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B), I, Zachary J. Alinder, attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: May 21, 2012                            /s/ Zachary J. Alinder
                                                   Zachary J. Alinder

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

5  Dated: May 23, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

*(Signed and sealed: Judge Joseph C. Spero, United States District Court, Northern District of California)*