| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>Peter Obstler (SBN 171623) | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Shana E. Scarlett (SBN 217895) |
| 2 | peter.obstler@bingham.com<br>Zachary J. Alinder (SBN 209009) | shanas@hbsslaw.com<br>715 Hearst Avenue, Suite 202 |
| 3 | zachary.alinder@bingham.com<br>Three Embarcadero Center | Berkeley, CA 94710<br>Telephone: 510.725.3000 |
| 4 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 | Facsimile: 510.725.3001 |
| 5 | Facsimile: 415.393.2286 | |
| 6 | Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. | |
| 7 | | |
| 8 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman, *pro hac vice* |
| 9 | | steve@hbsslaw.com<br>Thomas E. Loeser (SBN 202724) |
| 10 | | toml@hbsslaw.com<br>1918 Eighth Avenue, Suite 330 |
| 11 | | Seattle, WA 981010<br>Telephone: 206.623.7292 |
| 12 | | Facsimile: 206.623.0594 |
| 13 | | LAW OFFICE OF PETER FREDMAN<br>Peter B. Fredman (SBN 189097) |
| 14 | | peter@peterfredmanlaw.com<br>125 University Ave., Suite 102 |
| 15 | | Berkeley, CA 94710<br>Telephone: 510.868.2626 |
| 16 | | Facsimile: 510.868.2627 |
| 17 | | Attorneys for Plaintiff<br>Shelly A. Clements |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | SHELLY A. CLEMENTS, on behalf of herself and all others similarly situated, | Case No. C 12-02179 JCS |
| 23 | | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION AND TO SET TIME TO RESPOND TO MOTION TO DISMISS** |
| 24 | Plaintiff,<br>v. | |
| 25 | JPMORGAN CHASE BANK, N.A., | |
| 26 | Defendant. | |

Case No. C 12-02179 JCS
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION AND TO SET TIME TO
RESPOND TO MOTION TO DISMISS, NO. C 12-02179 JCS

1       Defendant JPMorgan Chase Bank, N.A. ("Chase" or "Defendant") and Plaintiff Shelly A.
2 Clements ("Plaintiff") (together with Defendant, the "Parties") respectfully submit the following
3 Joint Stipulation to Stay the Case Pending Mediation and Set Time to Respond to Motion to
4 Dismiss.
5       WHEREAS, on May 23, 2012, the Court issued an order setting the schedule for Chase to
6 respond to Plaintiff's Complaint (the "May 23, 2012 Order"), ECF No. 20;
7       WHEREAS, pursuant to the Court's May 23, 2012 Order, Plaintiff's opposition to
8 Chase's motion to dismiss is currently due August 14, 2012 and Chase's reply in support of its
9 motion to dismiss is currently due September 3, 2012;
10       WHEREAS, the Parties have met and conferred and agreed to participate in mediation of
11 the dispute beginning on July 5, 2012 before David Geronemus;
12       WHEREAS, the Parties have further agreed that subsequent mediation sessions will
13 occur on August 23 and August 24, 2012, and that the mediation will continue until either Party
14 or the mediator declares the mediation terminated by written correspondence;
15       WHEREAS, after conferring in good faith, the Parties have agreed, subject to court
16 approval, that mediation prior to the further expenditure of additional time and resources of the
17 Parties and the Court would be helpful in attempting to reach an early resolution of the Action;
18 and,
19       WHEREAS, the Parties accordingly stipulate and agree that the case should be stayed
20 pending private mediation, which will begin on July 5, 2012, that Plaintiff's opposition to
21 Chase's motion to dismiss will be due 30 days after the termination of the mediation, and that
22 Chase's reply in support of its motion to dismiss will be due 20 days after Plaintiff's filing of her
23 opposition.
24       **IT IS HEREBY STIPULATED AND AGREED, AND RESPECTFULLY**
25 **REQUESTED AS FOLLOWS:**
26       The case shall be stayed pending the Parties' mediation.  Parties shall engage in
27 mediation beginning on July 5, 2012 in front of David Geronemus, with subsequent sessions
28 planned on August 23-24, 2012.  If any Party and/or the selected mediator informs the Court that

1 the mediation was unsuccessful and terminated, Plaintiff shall file her opposition to Chase's

2 motion to dismiss within 30 days after the filing of such a termination notice with the Court and

3 Chase will fill its reply in support of the motion to dismiss within 20 days after Plaintiff's filing

4 of her opposition.

5 **IT IS SO STIPULATED.**

6 DATED:  July 2, 2012                    Bingham McCutchen LLP

7

8                                         By:         /s/ Zachary J. Alinder
                                                Peter Obstler
9                                               Zachary J. Alinder
                                                Attorneys for Defendant
10                                              JPMorgan Chase Bank, N.A.

11 DATED:  July 2, 2012                    LAW OFFICE OF PETER FREDMAN

12

13

14                                        By:         /s/ Peter Fredman
                                                Peter Fredman
                                                Attorneys for Plaintiff
15                                              Shelly A. Clements

16

17

18

19

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED** . IT IS HEREBY FURTHER

21 ORDERED THAT the Case Management Conference set for 8/31/12 at 1:30 PM shall
   remain on calendar as scheduled.

22

23

24                                        *IT IS SO ORDERED AS MODIFIED*

25 Dated:  July 9, 2012

26                                        Honorable Joseph C. Spero
                                          United States District Magistrate Judge

27

28

1 **FILER'S ATTESTATION**

2     Pursuant to General Order No. 45, § X(B), I, Zachary J. Alinder, attest under penalty of

3 perjury that concurrence in the filing of the document has been obtained from all of the

4 signatories.

5

6 Dated: July 2, 2012                                 /s/ Zachary J. Alinder
                                                                              Zachary J. Alinder

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28