**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLY A CLEMENTS,

         Plaintiff(s),

    v.

JP MORGAN CHASE BANK NA,

         Defendant(s).

_____/

Case No.  3:12-cv-02179 JCS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CONTINUING STAY UNTIL THE NEXT CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED that the STAY in this case shall remain in effect until the next case management conference.  A further case management conference is set for **February 15, 2013, at 1:30 PM.**  An updated joint case management conference statement shall be due by February 8, 2013.

    IT IS SO ORDERED.

Dated:  November 15, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge