# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

330 NORTH WABASH AVENUE
22ND FLOOR
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

STEPHEN R. MEINERTZHAGEN
DIRECT DIAL NUMBER
(312) 840-7047
smeinertzhagen@burkelaw.com

January 10, 2014

**VIA ECF**

Magistrate Judge Joseph C. Spero
United States District Court
Courtroom G, 15th Floor
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    ***Shelly A. Clements, et al. v. JPMorgan Chase Bank, N.A.***
             **Case No. 3:12-cv-02179-JCS**

Dear Judge Spero:

    I am one of the attorneys of record for Defendants JPMorgan Chase Bank, N.A. and Chase Insurance Agency, Inc., in the above-referenced matter. I submit this letter pursuant to the Court's "Procedures for Requesting Telephonic Appearances" posted on its website, for the purpose of requesting to appear by telephone at the hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement, scheduled for January 17, 2014 at 9:30 a.m. My direct dial telephone number is (312) 840-7047. My co-counsel, Peter Obstler, plans to attend the hearing in person.

    Thank you for your consideration.

Respectfully submitted,

Dated: 1/13/14
IT IS HEREBY ORDERED THAT Mr. Meinertzhagen
shall be on phone standby and await the Court's
call.

/s/ Stephen R. Meinertzhagen
Stephen R. Meinertzhagen

SRM/sb

cc:    All Counsel of Record (via

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

1571364.1