UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY A. CLEMENTS,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 12-cv-02179-JCS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO SERVE CORRECTIVE NOTICES TO NON-CLASS MEMBERS WHO WERE SERVED WITH CLASS NOTICES IN ERROR**<br><br>Re: Dkt. No. 79 |

For the reasons stated on the record at the hearing held on June 6, 2014, the Court grants Defendants' unopposed motion for leave to serve corrective notices to non-class members who were served with class notices in error, as amended by Plaintiffs' errata filed on June 3, 2014 (Dkt. No. 88) and Defendants' supplementary statement filed on June 4, 2014 (Dkt. No. 89).

**IT IS SO ORDERED.**

Dated: June 6, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge